# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>R. ROSENTHAL, et al.,<br><br>          Defendants. | ) 1:12cv00795 AWI DLB PC<br>)<br>) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATIONS AND DENYING<br>) EMERGENCY REQUEST FOR LIBRARY<br>) ACCESS<br>)<br>) (Document 12)<br>)<br>) |

Plaintiff Jerry Lewis ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 15, 2012. He names Corcoran State Prison ("CSP") Senior Librarian R. Rosenthal, former CSP Principal B. Van Klaveren and CSP Academic Vice Principal R. Moser as Defendants.

On January 10, 2013, the Court issued Findings and Recommendations that Plaintiff's emergency request for library access be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 10, 2013, are ADOPTED in full;

2. Plaintiff's request for emergency library access (Document 9) is DENIED.

IT IS SO ORDERED.

Dated:   April 5, 2013                                    /s/ signature
                                                SENIOR DISTRICT JUDGE